**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ANDREW MAYO #774817** | **CASE NO. 1:24-CV-00386** |
| **VERSUS** | **JUDGE EDWARDS** |
| **WILLIAM SMITH** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 5), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Complaint (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915A and 1915(e)(2) until such time as the conditions set forth in *Heck v. Humphrey,* 512 U.S. 477 (1987) are met.

THUS DONE AND SIGNED in Chambers on this 6th day of August, 2024.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**